An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

LARRY FRANCIS GEPSON,
     Appellant,
    vs.
THE STATE OF NEVADA,
     Respondent.

No. 67102

**FILED**

FEB 1 0 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____S. Young_____
DEPUTY CLERK

*ORDER DISMISSING APPEAL*

This is an appeal from the judgment of conviction, entered pursuant to an *Alford*[1] plea, of aggravated stalking. Third Judicial District Court, Lyon County; Leon Aberasturi, Judge.

The notice of appeal was filed on December 17, 2014, well after the 30-day appeal period prescribed by NRAP 4(b)(1)(A). We lack jurisdiction to consider this appeal, *see Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994) ("[A]n untimely notice of appeal fails to vest jurisdiction in this court."), therefore we

ORDER this appeal DISMISSED.[2]

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

---

[1]*North Carolina v. Alford*, 400 U.S. 25 (1970).

[2]The clerk of this court shall return, unfiled, the pro se notice of withdrawal of appeal received on February 2, 2015.

15-04284

cc: Hon. Leon Aberasturi, District Judge
Wayne A. Pederson, P.C.
Attorney General/Carson City
Lyon County District Attorney
Third District Court Clerk
Larry Francis Gepson

SUPREME COURT
OF
NEVADA

(O) 1947A